VIELE, BLACKWELL & BUCK v. OTROPHON S. S. CORPORATION. (Circuit Court of Appeals, Second Circuit. February 18, 1920.) No. 156. Appeal from the District Court of the United States for the Southern District of New York. Libel by Viele, Blackwell & Buck against the Otrophon Steamship Corporation. Decree for the libelants, and respondent appeals. Affirmed. Ashley, Foulds & Galland, of New York City (William F. Ashley, Jr., and Andrew Foulds, Jr., both of New York City, of counsel), for appellant. Curtis, Mallet-Prevost & Colt, of New York City, (E. Crosby Kindleberger, of New York City, of counsel), for appellee. Before WARD, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed, without costs.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellants.